# MidAmerica Bank

2650 Warrenville Road, Suite 500 — Dept. 5
Downers Grove, Illinois 60515

Loan Servicing (800) 468-3193
Bank-By-Internet www.midamericabank.com

JEFFREY M FOSTER
6201 N KILPATRICK AVE
CHICAGO IL 60646-5070

## Summary of Activity

| | |
|---|---:|
| STATEMENT DATE | 12/31/07 |
| LOAN NUMBER | 760990989 |
| PREVIOUS BALANCE | $1,900,225.32 |
| ADVANCES & DEBITS | $.00 |
| PAYMENTS & CREDITS | $10,237.43 |
| FINANCE CHARGES | $10,578.68 |
| LATE CHARGES | $.00 |
| NEW BALANCE | $1,900,566.57 |

## HOME EQUITY CREDIT LINE --- Account #760990989

### Account Summary

| | |
|---|---:|
| PREVIOUS DATE | 11/30/07 |
| PREVIOUS BALANCE | $1,900,225.32 |
| + ADVANCES & DEBITS | $.00 |
| - PAYMENTS & CREDITS | $10,237.43 |
| + FINANCE CHARGES | $10,578.68 |
| + LATE CHARGES | $.00 |
| NEW BALANCE | $1,900,566.57 |
| CREDIT LIMIT | $1,890,000.00 |
| AVAILABLE CREDIT | $12.11 |

### Payment Summary

| | |
|---|---:|
| AMOUNT PAST DUE | $.00 |
| PRINCIPAL | $.00 |
| FINANCE CHARGES | $10,578.68 |
| OTHER CHARGES | $.00 |
| FEES | $.00 |
| INSURANCE | $.00 |
| LATE CHARGES | $.00 |
| AMOUNT OVER LIMIT | $.00 |
| MINIMUM PAYMENT | $10,578.68 |

Case: 1:12-cv-03130 Document #: 1-2 Filed: 04/27/12 Page 1 of 4 PageID #:21

Randy and Kathyn  November 16, 2009
National City
Loss Mitigation

Dear Randy and Kathyn,

Per my conversation with Randy on Friday, I am requesting additional flexibility on my equity line of credit.

As you recall, I was forced back into traditional real estate sales after National City wiped out my other 2 businesses with inaccurate credit reporting. I was forced to sell projects before completion, was unable to close and capitalize on a million in equity, and my credit was closed down for future pending deals. After being forced to research the error, National City acknowledged the mistakes and fixed the errors that created the illusion I was a bad credit risk.

Unfortunately, after 2 years of fighting with National City to correct the errors, I had to fold the businesses. National City Lawyers told everyone I could always go back to selling real estate. I agreed that was possible, but is difficult when you have already stopped regular contact with past clients and the public. Then, the real estate market started tanking. It couldn't be worse timing.

Additionally, the current banking environment has made it near impossible to sell the type of product I specialized in. The down payment requirements for residential investment properties have all but ruined recovery efforts. Unfortunately, I own two of them as well as sell them. I have been jumping through hoops for 12 months for the Homeowners Assistance Program at National City Mortgage. After doing everything I was told for 7 months, they refused to give me any help. In fact, they recently sent me a modification program to sign that almost doubled my payments and had $13,700 in closing costs! I was speechless for 2 hours after opening the package. They subsequently threatened to foreclose on me if I didn't sign it. I informed her that I wasn't behind 3 payments as her records indicated. After sending in proof of payments, I never heard from her again.

Oh yeah………..did I mention, THEY MARKED MY CREDIT WITH THREE MORE MISTAKES!!! Yes, the nightmare continues.

After sending cancelled checks to prove the payments were made on time, we are in the process of getting the marks removed. So far, they are still on there.

In conclusion, I sold assets for a fraction of the value this year in order to meet the deadlines set by National City Mortgage, only for them to deny the terms they already promised. It is impossible to make money in real estate right now. I have not slept more than 2 hours in a row for 6 months. When my current modification expires, I will not be

Exhibit B

able to make the payments. I am trying to come up with a plan to sell everything and pay my debt. Unfortunately, no plan allows for a payoff of 70 % of the equity line balance, the current modification. The current modification expires in April of 2011.

I have to say, in all fairness, that to this point Nick, Kathyn, and Randy have been very Nice and have been trying to help. I am hoping that I can get a 2 year extension on the current modification terms and payoff agreement. This will allow me to make moves to insure survival, without nearing deadlines prohibiting the plan.

As I have mentioned, my current equity line does not have any signed documents. After many mishaps at the branch, they told me they sent the paper work to my home. I have a copy of the letter saying this.

I appreciate your assistance in this matter. I apologize for the summary of negative events. I just thought it would be helpful for anyone reading this that is not familiar with my situation.

My email and cell phone info is below. Thank you for your understanding in this matter.

Sincerely,

Jeff Foster
(773)983-3595 cell (773)404-3595 office
highlandbreeze@hotmail.com



February 18, 2010

Mr. Jeffrey M. Foster
6201 North Kilpatrick Avenue
Chicago, IL 60646

Re: Equity Reserve Line of Credit # 4489619840201544

Dear Mr. Foster,

Please be advised that this is intended as an authorization that PNC Bank will accept 60% of the outstanding balance on the referenced equity reserve line of credit as a settlement in full at any time within 24 months of your modification agreement on the line dated April 6, 2009. The settlement must be paid in certified funds, the balance will be accepted as a settlement in full, the credit bureaus will be updated to reflect "settled in full for less than balance", and the mortgage filed on the property collateralizing the referenced line of credit will be released at that time, and upon receipt of those monies.

The settlement offer contained in this letter will expire on April 5, 2011.

Very truly yours,

T. L. Bell
Vice-President and HOA Underwriting Manager
PNC Bank

Exhibit C

Notice: See Reverse Side for Important Information