# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JEFF FOSTER,

Plaintiff(s),

v.

PNC BANK NA,

Defendant(s).

Case No. 12-cv-03130
Judge Mary M. Rowland

## PARTIAL JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of.
and against
in the amount of $,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of Defendant PNC Bank N.A. and against Plaintiff Foster on Foster's claims as to the Florida Loan, and judgment is entered in favor of Counter-plaintiff PNC Bank N.A. and against Counter-defendant Foster on PNC's counterclaim for judgment on the Florida Loan in the amount of $1,412,242.85.

---

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.

Date: 3/25/2020                    Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk