**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jeff Foster, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>PNC Bank, National Association, )<br>)<br>    Defendant. ) | Case No. 2012 cv 3130<br><br>Honorable Mary M. Rowland |

**NOTICE OF APPEAL**

Notice is hereby given that Jeff Foster, plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Court's order entering Partial Judgment In A Civil Case pursuant to Federal Rule of Civil Procedure 54(b), entered on March 25, 2020 (Doc. 179), entered pursuant to the Court's Memorandum Opinion and Order (Doc. 178) with respect the claims related to the Florida Loan, together with each and every other order upon which the Partial Judgment is based.

    Respectfully submitted,

    **JEFF FOSTER, Plaintiff**

    By:   */s/ Max A. Stein*
          One of his attorneys

    Max A. Stein (ARDC No. 6275993)
    Lauren E. Dreifus (ARDC No. 6317983)
    Boodell & Domanskis, LLC
    1 North Franklin Street, Suite 1200
    Chicago, Illinois 60606
    Phone: (312) 938-4070
    mstein@boodlaw.com

## **CERTIFICATE OF SERVICE**

   I, Max A. Stein, an attorney, certify that I caused a copy of the aforementioned **Notice of Appeal,** to be served upon the persons listed below via CM/ECF on this 22nd day of April 2020.

| | |
|---|---|
| James M. Crowley (ARDC #06182597) | Marcel C. Duhamel |
| John F. Sullivan (ARDC#6205900) | Lindsay Spillman |
| Plunkett Cooney, P.C. | Vorys, Sater, Seymour & Pease LLP |
| 221 N. LaSalle Street, Suite 1550 | 200 Public Square, Suite 1400 |
| Chicago, Illinois 60601 | Cleveland, OH 44114-2327 |
| jcrowley@plunkettcooney.com | mcduhamel@vorys.com |
| jsullivan@plunkettcooney.com | ldspillman@vorys.com |

            */s/ Max A. Stein*

{00773860 }