### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Jeff Foster, )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>PNC Bank, National Association, )<br>)<br>    Defendant/Counter-Plaintiff. ) | Case No. 2012 cv 3130<br><br>Honorable Mary M. Rowland |

## MOTION TO APPOINT SELLING OFFICER

NOW COMES the Counter-Plaintiff, PNC Bank, National Association, by and through its attorneys and moves the Court for the entry of an order appointing Intercounty Judicial Sales Corporation as Selling Officer pursuant to 735 ILCS 5/15-1506(f)(3) and 28 U.S.C. Section 2001 (a). .

If the Counter-Plaintiff chooses to utilize a marketing platform for the subject property, the Counter-Plaintiff is authorized to engage an independent contractor to implement a national marketing platform to reach a larger market for potential third party bidders. The marketing platform shall include providing sale information on a national website, direct-mail advertising, print media marketing, radio marketing, and localized advertising in specific communities. All costs for the additional services provided by the independent marketing contractor shall be borne by the Counter-Plaintiff or the independent marketing contractor. None of the additional costs shall be borne by the Counter-Defendant(s). The independent marketing contractor waives any potential lien rights it may have in the real estate regarding non-payment of the additional costs borne by the Counter- Plaintiff.

Dated:  May 19, 2020                                PNC Bank, National Association

                                                          By:/s/ James M. Crowley
                                                          One of its Attorneys

Marcel C. Duhamel, Esq. (Ohio Bar No. 0062171 *pro hac vice*)
Lindsay Doss Spillman, Esq. (Ohio Bar No. 0086849 *pro hac vice*)
Vorys Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
(216) 479-6100
mcduhamel@vorys.com
ldspillman@vorys.com

James M. Crowley, Esq. (ARDC 6182597)
John F. Sullivan, Esq.    (ARDC 6205900)
Plunkett Cooney, PC
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601
(312) 670-6900
jcrowley@plunkettcooney.com
jsullivan@plunkettcooney.com