IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| Jeff Foster <br><br> Plaintiff, <br> vs. <br> PNC Bank, National Association <br><br> Defendants. | No. 12 cv 3130 <br> Honorable Judge Mary M. Rowland |

## NOTICE OF MOTION

TO: Mr. Max Stein, Esq.
Boodell & Domanskis, LLC
1 N. Franklin, Suite 1200
Chicago, IL 60606
mstein@boodlaw.com
*Attorney for Jeff Foster*

    **PLEASE TAKE NOTICE** that on Thursday June 4, 2020, at the hour of 9:45 a.m., counsel shall appear before the Honorable Judge Mary M. Rowland in Courtroom 1225 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present PNC Bank, National Association's Motion to Appoint Selling Officer, a copy of which is attached hereto.

                                    PNC Bank, National Association

                                    By: /s/ James M. Crowley
                                           One of its Attorneys

## CERTIFICATE OF SERVICE

      I, James M. Crowley, an attorney, hereby certify that on May 19, 2020, a copy of the foregoing Notice of Motion and PNC Bank, National Association's Motion to Extend Time to File Proposed Judgment of Foreclosure, was served upon the person listed above using the court's CM/ECF system.

                                                      /s/ James M. Crowley

James M. Crowley, Esq. (ARDC #06182597)
PLUNKETT COONEY, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@plunkettcooney.com

Marcel C. Duhamel, Esq. (Ohio Bar No. 0062171 *pro hac vice*)
Lindsay Doss Spillman, Esq. (Ohio Bar No. 0086849 *pro hac vice*)
Vorys Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
(216) 479-6100
mcduhamel@vorys.com
ldspillman@vorys.com