# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Jeff Foster
                         Plaintiff,

v.                                        Case No.: 1:12–cv–03130
                                                        Honorable Mary M. Rowland

PNC BANK NA
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the Proposed Judgment of Foreclosure and Sale (197). The court is concerned the Proposed Judgment is not in compliance with Local Rule 54.4. PNC is to (1) revise the proposed Judgment to comport with Local Rule 54.4; or (b) file a short status explaining why the proposed judgment does comport with the Local Rule. See Proposed Judgment at paragraph 7. PNC should comply with this Order by 6/1/20. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.