**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| Jeff Foster, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2012 cv 3130 |
| PNC Bank, National Association, | ) ) ) | Honorable Judge: Mary M. Rowland |
| Defendant. | ) ) | |

**AGREED SCHEDULING ORDER UNDER LOCAL RULE 54.3**

This matter coming to be heard for status, and the parties having proposed an agreed schedule for the various items required under Local Rule 54.3, the Court hereby enters the following amended schedule:

| | **Deadline** |
|---|---|
| PNC's Initial Fee Disclosures L.R. 54.3(d) (1)-(3) | 06/29/2020 |
| Foster's Required Disclosures if no agreement reached L.R 54.3(5) | 07/29/2020 |
| Parties to specifically identify issues that will and will not be objected to L.R. 54.3 (5) | 08/12/2020 |
| Joint Statement on Disputed Issues L.R. 54.3 (e) | 08/26/2020 |
| Fee Motion | 09/11/2020 |

The schedule may be modified by order allowing Motion for Instructions L.R. 54.3, or by order of the Court for good cause shown.

Dated: June 1, 2020        **ENTER**: *Mary M Rowland*

*Prepared by:*        _____

**PNC BANK, NATIONAL ASSOCIATION, Defendant**        **JEFF FOSTER, Plaintiff**

By: /s/ James M. Crowley        By: */s/ Max A. Stein*
    One of its attorneys                  One of his attorneys

James M. Crowley, Esq. (ARDC 6182597)    Max A. Stein (ARDC No. 6275993)
Plunkett Cooney, P.C.                            Lauren E. Dreifus (ARDC No. 6317983)
221 N. LaSalle Street, Suite 1550           Boodell & Domanskis, LLC
Chicago, IL 60601                                1 North Franklin Street, Suite 1200
(312) 670-6900                                    Chicago, Illinois 60606
jcrowley@crowleylamb.com                (312) 938-4070 (tel.); (312) 540-1162 (fax)
                                                       mstein@boodlaw.com
                                                       ldreifus@boodlaw.com

Marcel C. Duhamel, Esq. (Ohio Bar No. 0062171 *pro hac vice*)
Lindsay Doss Spillman, Esq. (Ohio Bar No. 0086849 *pro hac vice*)
Vorys Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
(216) 479-6100
mcduhamel@vorys.com
ldspillman@vorys.com