**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Jeff Foster, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2012 cv 3130 |
| v. ) | |
| ) | Honorable Judge: Mary M. Rowland |
| PNC Bank, National Association, ) | |
| ) | |
| Defendant. ) | |

**STATUS REPORT**

Pursuant to the Docket Entry dated March 30, 2021, Jeff Foster ("Foster") and PNC Bank, National Association ("PNC") (Foster and PNC are collectively the "Parties"), submit the following Status Report:

1. The appeal styled as *Jeff Foster v. PNC Bank, National Association*, Case No. 20-1667 (the "Appeal") remains pending. Pursuant to Rule 33 of the Federal Rules of Appellate Procedure and Seventh Circuit Rule 33, the parties remain engaged in mediation with the Court's mediator. All briefing deadlines have been stayed by the Court as a result of the parties' participation in the mediation. Neither party has submitted any briefs in the Appeal.

2. PNC wishes to pursue its motion for attorneys' fees filed with this Court on September 25, 2021. PNC's motion for attorneys' fees is fully briefed and is decisional.

Respectfully submitted,

| | |
|---|---|
| */s/ Lauren E. Dreifus* | */s/ Lindsay Doss Spillman* |
| Max A. Stein (ARDC 6275993) | James M. Crowley (ARDC 6182597) |
| Lauren E. Dreifus (ARDC 6317983) | John F. Sullivan (ARDC 6205900) |
| Boodell & Domanskis, LLC | Plunkett Cooney, PC |
| 1 North Franklin Street, Suite 1200 | 221 N. LaSalle Street, Suite 1550 |
| Chicago, Illinois 60606 | Chicago, IL 60601 |
| (312) 938-4070 (tel.) | (312) 670-6900 |
| (312) 540-1162 (fax) | jcrowley@plunkettcooney.com |
| mstein@boodlaw.com | jsullivan@plunkettcooney.com |
| ldreifus@boodlaw.com | |

*Attorneys for Plaintiff Jeff Foster*

Marcel C. Duhamel (OH Bar No. 0062171 *pro hac vice*)
Lindsay Doss Spillman (OH Bar No. 0086849 *pro hac vice*)
Vorys Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
(216) 479-6100
mcduhamel@vorys.com
ldspillman@vorys.com

*Attorneys for PNC Bank, National Association*