**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JEFF FOSTER, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | Case No. 12-cv-03130 |
| ) | |
| v. ) | Honorable Mary M. Rowland |
| ) | |
| PNC BANK NA d/b/a PNC MORTGAGE, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCE OF LAUREN E. DREIFUS**

Pursuant to Local Rule 83.17, Lauren E. Dreifus ("Ms. Dreifus") hereby moves for leave to withdraw her appearance as counsel for Plaintiff, Jeff Foster ("Plaintiff"). In support thereof, Ms. Dreifus states as follows:

1. At the time of filing her appearance on June 18, 2018, in this matter on behalf of Plaintiff, Ms. Dreifus was employed by the law firm of Boodell & Domanskis, LLC.

2. As of January 21, 2022, Ms. Dreifus is no longer employed by Boodell & Domanskis, LLC.

3. Max A. Stein of Boodell & Domanskis, LLC will remain as counsel of record for Plaintiff.

4. Ms. Dreifus's withdrawal from this matter will not prejudice Plaintiff or any other party.

5. For all the above reasons, the Court should grant counsel leave to withdraw her appearance on behalf of Plaintiff.

WHEREFORE, Lauren E. Dreifus, the undersigned counsel, requests that this Court enter an order withdrawing her appearance in this matter as counsel for Plaintiff.

Dated: April 11, 2022　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By:　/s/ *Lauren E. Dreifus*

Lauren E. Dreifus, Esq. (#6317983)
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602
(312) 263-2300
ledreifus@gct.law

## **CERTIFICATE OF SERVICE**

I, Lauren E. Dreifus, an attorney herein, hereby certify that I caused a copy of Motion to Withdraw to be served upon the following by CM/ECF on this 11th day of April, 2022 addressed as follows:

>James M. Crowley, Esq.
>John F. Sullivan, Esq.
>Plunkett Cooney, PC
>221 N. LaSalle Street, Suite 1550
>Chicago, Illinois 60601
>jcrowley@plunkettcooney.com
>jsullivan@plunkettcooney.com
>
>Marcel C. Duhamel, Esq.
>Lindsay Doss Spillman, Esq.
>Vorys Sater, Seymour and Pease LLP
>200 Public Square, Suite 1400
>Cleveland, OH 44114
>mcduhamel@vorys.com
>ldspillman@vorys.com
>
>Max A. Stein, Esq.
>Boodell & Domanskis, LLC
>1 North Franklin Street, Suite 1200
>Chicago, Illinois 60606
>mstein@boodlaw.com

                                                    /s/ *Lauren E. Dreifus*