18-09916

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JEFF FOSTER;  )
      Plaintiff/Counter-Defendant,) 12 CV 3130
vs.  )
PNC BANK, NATIONAL ASSOCIATION;  )
      Defendant/Counter-Plaintiff,)

## NOTICE OF SALE

PUBLIC NOTICE is hereby given that pursuant to a Judgment of Foreclosure entered in the above entitled cause on June 2, 2020, Intercounty Judicial Sales Corporation will on Tuesday, June 7, 2022, at the hour of 12:00 Noon outside the front door of Courtroom 2802, Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois, sell to the highest bidder for cash, the following described mortgaged real estate:

LOTS 132, 133, 134 AND THE SOUTHERLY 1/2 OF LOT 135 IN GEORGE F. KOESTER AND COMPANY`S SECOND ADDITION TO SAUGANASH, A SUBDIVISION IN CALDWELL`S RESERVE IN TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MARCH 15, 1928 AS DOCUMENT 9956617, IN COOK COUNTY, ILLINOIS.

Commonly known as 6201 N. Kilpatrick, Chicago, IL 60646.

P.I.N. 13-03-113-023-0000.

The mortgaged real estate is a single family residence. If the subject mortgaged real estate is a unit of a common interest community, the purchaser of the unit other than a mortgagee shall pay the assessments required by subsection (g-1) of Section 18.5 of the Condominium Property Act.

Sale terms: 10% down by certified funds, balance within 24 hours, by certified funds. No refunds.

The property will NOT be open for inspection.

For information call Ms. MyXuan Koski at Plaintiff's Attorney, Marinosci Law Group, PC, 134 North LaSalle Street, Chicago, Illinois 60602. (312) 940-8580.

INTERCOUNTY JUDICIAL SALES CORPORATION
Selling Officer, (312) 444-1122
Dated: April 19, 2022

**SALE DATE:** 6/7/2022   Marinosci Law Group, PC   File Number 18-09916

PROOF OF SERVICE BY MAIL

    I, Frederick S. Lappe, an attorney with Intercounty Judicial Sales Corporation, certify that I served a copy of the attached Notice of Sale at the address(es) listed below by both depositing them in a United States post office box at 120 West Madison Street, Chicago, Illinois 60602, enclosed in an envelope, plainly addressed to the below named attorney(s)/party(s) with postage fully prepaid, and, where an e-mail address has been provided, via a one page electronic mail from doppenheimer@intercountyjudicialsales.com on at 5:00 p.m. on April 25, 2022

*Frederick S. Lappe*
Frederick S. Lappe
Attorney at Law ARDC Number 3125152
Intercounty Judicial Sales Corporation

Max A. Stein
Boodell & Domanskis, LLC
1 North Franklin, Suite 1200
Chicago, IL 60606
Email: mstein@boodlaw.com

George S. Bellas
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068
Email: george@bellas-wachowski.com

Wayne B. Giampietro
Poltrock & Giampietro
123 W. Madison
Suite 1300
Chicago, IL 60602
Email: wgiampietro@giampietrolaw.com

Lauren Elizabeth Dreifus
Boodell & Domanskis, LLC
1 North Franklin, Suite 1200
Chicago, IL 60606
Email: ldreifus@boodlaw.com

Misty J. Cygan
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068
Email: misty@bellas-wachowski.com

Nada Djordjevic LLC
Boodell & Domanskis, LLC
1 N. Franklin Street, Suite 1200
Chicago, IL 60606
Email: ndordjevix@boodlaw.com

Lindsay Ellis Doss Spillman
Vorys Sater Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
Email: ldsspillman@vorys.com
Attorney Defendant/Counter Claimant for PNC Bank N.A dba PNC Mortgage

Marcel D. Duhamel
Vorys Sater Seymour and Pease
200 Public Square, Suite 1400
Cleveland, Ohio 44114
Email: MCDuhamel@vorys.com

Gerald Michael Dombrowski
Sanchez & Daniels
333 West Wacker Drive
Suite 500
Chicago, IL 60605
Email: gdombrowski@sanchezdh.com

James M. Crowley
Plunkett Cooney, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601
Email: jcrowley@plunkettcooney.com

John F. Sullivan
Plunkett Cooney, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601
Email: jsullivan@plunckettcooney.com